IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-01282-JLK**

**THE PERSONNEL DEPARTMENT, INC.,**

        Plaintiff,

v.

**PROFESSIONAL STAFF LEASING CORPORATION, a Maryland corporation, and BALA RAMAMOORTHY, an individual**,

        Defendants.

## ORDER ON MOTIONS IN LIMINE

Kane, J.

This business tort action is set for a five-day jury trial commencing August 15, 2005. A Final Trial Preparation Conference is set for Monday, July 25, 2005. In anticipation of that conference and to give the parties time to incorporate them into their trial preparation plans, I have reviewed carefully PDI's Motions in Limine filed shortly before the previously vacated trial, and issue the following rulings:

1. PDI's motion to exclude Exhibit C-9 and any evidence or argument regarding Exhibit C-9 is GRANTED. Exhibit C-9 is a settlement communication and not admissible under F.R.E. Rule 408.

2. I will hear argument at the Final Trial Preparation conference to the extent PDI seeks to exclude the testimony of ProLease expert, Emil Hirsch, in its entirety. Whatever

ProLease's stated intent regarding Mr. Hirsch's testimony, however, Hirsch will not be permitted to testify regarding (a) claims ProLease could reasonably have brought in the original Complaint but did not; (b) any "peer review" of his opinions conducted by nontestifying or nonparty experts or attorneys; (c) any ultimate issues of fact or law such as the viability of ProLease's claims or any other opinions along the lines of those PDI hoped to offer through Downy and which were excluded by my November 2004 Order. I also admonish the parties that any mention by anyone – attorney or expert – of the *Noerr-Pennington* defense or its viability will be immediately stricken. I am mindful that at the time the Motions in Limine were drafted, the viability of the defense may still have been in dispute, but no more. I have been over this several times with the parties, and the jury will not be instructed on any defense by that name.

3. Evidence and argument that the Maryland action was commenced on advice of counsel will not be permitted.

4. I will hear argument at the Final Trial Preparation Conference regarding PDI's Motion with respect to Wanda Silva and Dirk Rasmussen. On the briefs before me, I am inclined to rule in PDI's favor on both witnesses.

Date July 14, 2005

                                            **s/ John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE