FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 00-cv-01282-JLK

THE PERSONNEL DEPARTMENT, INC.,
an Indiana corporation,

    Plaintiff,

v.

PROFESSIONAL STAFF LEASING CORPORATION, a Maryland corporation, and
BALA RAMAMOORTHY, an individual,

    Defendants.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 23 day of August, 2005.

                BY THE COURT:

                _____
                John L. Kane, Senior Judge
                United States District Court

_____
Attorney for Plaintiffs

_____
Attorney for Defendants