IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1282-JLK**

**THE PERSONNEL DEPARTMENT, INC.,**

    Plaintiff,

v.

**PROFESSIONAL STAFF LEASING CORPORATION, a Maryland corporation, and BALA RAMAMOORTHY, an individual**,

    Defendants.

## ORDER

Kane, J.

Defendants' Motion for Stay of Execution or Enforcement Pending Disposition of Post Judgment Motions (doc. #271), filed September 7, 2005, is granted as follows: Automatic Stay is extended for ten days. If a bond in the amount of $4,382,182.00 is posted on or before September 16, 2005, the stay will be extended until ten days after ruling by this court on Defendants' anticipated motions for new trial and for judgment as a matter of law. If those motions are denied a new amount will be determined for a supersedeas bond. Should the anticipated motions not be filed by September 9, 2005, this order shall be vacated. If the anticipated motions are filed, Plaintiff shall file its answer brief on or before September 30, 2005 and Defendants may file a reply brief not later than October 11, 2005. After reviewing the briefs, the court will determine whether to entertain oral argument.

Dated:  September 8, 2005

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT