IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1282-JLK**

**THE PERSONNEL DEPARTMENT, INC.,**

        Plaintiff,

v.

**PROFESSIONAL STAFF LEASING CORPORATION, a Maryland corporation, and BALA RAMAMOORTHY, an individual**,

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    PDI's Unopposed Motion (Doc. 278) for Leave to File its Reply in Support of its Motion to Amend Judgments related to prejudgment interest on September 30, 2005 rather than September 29, 2005, is GRANTED.

Dated: September 15, 2005