IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. **00-cv-1282-JLK**

**THE PERSONNEL DEPARTMENT, INC.**,
    Plaintiff,

v.

**PROFESSIONAL STAFF LEASING CORPORATION, a Maryland corporation, and BALAJI RAMAMOORTHY, an individual,**
    Defendants.

---

## ORDER

---

The matter coming before the Court on Plaintiff's Unopposed Motion To Require Defendants To Increase The Amount Of Their Supersedeas Bond (doc. #344), filed August 22, 2008, the relief sought being unopposed, and for good cause shown,

**IT IS HEREBY ORDERED** that the said motion is **GRANTED**. Defendants shall increase the amount of their supersedeas bond to $5,008,173.96 by August 29, 2008. If the defendants do not increase the amount of their supersedeas bond to such amount by August 29, 2008, plaintiff shall be entitled to execute and enforce the judgments in this proceeding.


Dated: August 26, 2008

                                        **s/John L. Kane**
                                        SENIOR U.S. DISTRICT JUDGE