IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. **00-cv-1282-JLK**

**THE PERSONNEL DEPARTMENT, INC.**,
    Plaintiff,

v.

**PROFESSIONAL STAFF LEASING CORPORATION, a Maryland corporation, and BALA RAMAMOORTHY, an individual,**
    Defendants.

---

## ORDER

---

Upon stipulation of the parties, and pursuant to the Tenth Circuit Court of Appeals' October 27, 2008 Order and Judgment, its Order dated December 10, 2008 (Doc. #354), and its Mandate issued December 10, 2008 (Doc. #355),

**IT IS HEREBY ORDERED** as follows:

1. The Judgments entered in this matter on August 25, 2005 (Doc. ## 266, 267) are hereby amended such that the last three paragraphs of each Judgment are revised to read as follows:

> ACCORDINGLY, IT IS ORDERED that judgment is entered in favor of Plaintiff The Personnel Department, Inc., and against Defendants Professional Staff Leasing Corporation and Bala Ramamoorthy, jointly and severally, in the amount of $2,569,682 in actual damages, $1,812,500 in punitive damages, and $1,506,425.28 in prejudgment interest on the claim for tortious interference with prospective business or contractual relations. It is

FURTHER ORDERED that post-judgment interest shall accrue on the portion of the judgment representing actual damages, punitive damages, and prejudgment interest, as provided by law at 3.89% compounded annually from the date August 25, 2005. It is

FURTHER ORDERED that Plaintiff shall have against Defendants Professional Staff Leasing Corporation and Bala Ramamoorthy, jointly and severally, all costs awarded or taxed in its favor in this proceeding. Post-judgment interest shall accrue on costs as provided by law from the date taxed or awarded.

2. Plaintiff is hereby awarded its filing fee in the amount of $255 for its notice of appeal (Doc. #322) and $1,284.40 for appeal related costs awarded by the Tenth Circuit Court of Appeals in its Order dated December 10, 2008 (Doc. #354) as additional costs in this matter. This award is in addition to the costs taxed in favor of plaintiff by the Court Clerk in the amount of $24,047.85 on September 22, 2005 (Doc. #285).

Dated: December 12, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT